UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LARRY DALE JOHNSON, | : | Civil No. 11-6754 (RMB) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, et al., | : | |
| Respondents. | : | |

FOR THE REASONS expressed in the Opinion filed herewith,

IT IS on this **21st** day of **December 2012**,

**ORDERED** that the Clerk of the Court is directed to re-open this matter; and it is further

**ORDERED** that Petitioner's application to proceed in forma pauperis is GRANTED, and the Clerk shall file the Petition without prep**ayment of fees; and it is further**

**ORDERED** that the petition for a writ of habeas corpus under 28 U.S.C. § 2241, as asserted by Petitioner, is DISMISSED for lack of jurisdiction, without prejudice to any right Petitioner may have to assert his claims in a properly filed civil complaint; and it is further

**ORDERED** that the motion for class certification (Docket entry no. 5) is DENIED as moot; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and accompanying Opinion upon the Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to re-close the file in this matter accordingly.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

2